[No. 16328-4-II.  Division Two.  June 19, 1995.]

ORVAL C. CORRELL, ET AL., *Respondents*, v. JOSEPHINE
J. LARES, AKA JOYCE J. LARES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-2-02313-5, Leonard W. Kruse, J., entered July 24, 1992. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Wiggins, JJ.

[No. 17108-2-II.  Division Two.  June 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES D.
POWERS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 92-1-00246-6, Milton R. Cox, J., entered March 17, 1993. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Wiggins, JJ.

[No. 12957-8-III.  Division Three.  June 20, 1995.]

JOYCE ELAINE MITHOUG, *Respondent*, v. APOLLO
RADIO OF SPOKANE, *Appellant*.

MARIA M. (NORMAN) MADRID, *Respondent*, v. APOLLO
RADIO OF SPOKANE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-01827-2, Kathleen M. O'Connor, J., entered January 7, 1993. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.